**Order filed February 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01015-CV
_____

### CHARLES KENNEBREW, SR. AND
### ELITE PROTECTIVE SERVICES, LLC, Appellants

### V.

### MICHAEL R. HARRIS, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-09593**

## ORDER

Defendants Charles Kennebrew, Sr. and Elite Protective Services, LLC filed a notice of appeal from the final judgment signed by the court below on August 9, 2012. The appeal was assigned to this court and docketed under our appellate case number 14-12-01015-CV. Plaintiff Michael R. Harris filed a notice of cross-appeal

1

from the same judgment. The cross-appeal was assigned to this court and docketed under our appellate case number 14-12-01044-CV.

These appeals have not been consolidated. The clerk's record and reporter's record have been filed in case number 14-12-01044-CV. Only the reporter's record has been filed in case number 14-12-01015-CV. The court **ORDERS** Charles Kennebrew, Sr. and Elite Protective Services, LLC, appellants in 14-12-01015-CV, to take the appropriate steps, including making any necessary payment arrangements, to cause the clerk's record to be filed in their appeal on or before **February 19, 2013.**

PER CURIAM